The GIRDLER CORPORATION v. E. I. DU PONT DE NEMOURS & COMPANY, Appellant.

No. 8995.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 8, 1946.

Decided Jan. 15, 1946.

Albert T. St. Clair, of Wilmington, Del. (Hugh M. Morris, Alexander L. Nichols, Chester H. Biesterfeld, and A. Newton Huff, all of Wilmington, Del., on the brief), for appellant.

Charles H. Walker, of New York City (James R. Morford and Marvel & Morford, all of Wilmington, Delaware, Clair W. Fairbank and Dean, Fairbank & Hirsch, all of New York City, and Virgil E. Woodcock, of Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 59 F.Supp. 583, is affirmed.

Robert GUNTER, Appellant, v. UNITED STATES of America, Appellee.

No. 10102.

Circuit Court of Appeals, Sixth Circuit.

Dec. 31, 1945.

Ben W. Hooper, of Newport, Tenn., and Hobart F. Atkins, of Knoxville, Tenn., for appellant.

James B. Frazier, U. S. Atty., of Knoxville, Tenn., for appellees.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence to support the verdict of the jury, and that there is no reversible error on the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

Clara HETRICK, Appellant, v. Fred HARVEY et al., Appellees.

No. 10107.

Circuit Court of Appeals, Sixth Circuit.

Dec. 7, 1945.

Harrison & Marshman, of Cleveland, Ohio, for appellant.

Paul Clarke, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The motion for the defendant-appellee The Atchison, Topeka and Santa Fe Railway Company herein to dismiss the appeal having been considered by the court, it is now ordered that the said appeal be and the same is dismissed.